AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

**LODGED**
CLERK, U.S. DISTRICT COURT

**8/27/25**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MRV _____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

**FILED**
CLERK, U.S. DISTRICT COURT

August 28, 2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ CLD _____ DEPUTY

| | |
|---|---|
| United States of America<br><br>Plaintiff,<br><br>v.<br><br>Jose Luis Gonzales,<br><br>Defendant. | Case No.  2:25-mj-05286-DUTY |

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of July 20, 2025, in the county of Los Angeles in the Central District of California, the

defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm and Ammunition |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

*/s/*
_____
*Complainant's signature*

Calvin Hill, Task Force Officer
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:     August 28, 2025

_____
*Judge's signature*

City and state:   Los Angeles, California

Honorable Alka Sagar, U.S. Magistrate Judge
_____
*Printed name and title*

AUSA: Robert Quealy, x6874

## <u>AFFIDAVIT</u>

I, CALVIN HILL, being duly sworn, declare and state as follows:

### I.   <u>INTRODUCTION</u>

1.   I am a Deputized Task Force Officer ("TFO") with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), currently assigned to the Los Angeles Field Division, where I investigate cases involving the illegal use, sale, and possession of firearms and narcotics.  I have been employed by the City of Los Angeles as a Peace Officer for approximately 15 years. During my tenure as a Peace Officer and a TFO, I have participated in the investigation, surveillance, and arrest of numerous firearms and drug traffickers.  I have written and participated in the execution of several state warrants and participated in several federal search and arrest warrants in investigations related to violations of federal and state firearms and narcotics laws.

2.   I have also received training in state and federal firearms and narcotics laws, confidential source handling, drug identification, and various surveillance and investigative techniques.  I also consult regularly with experienced investigators concerning the methods and practices of firearms and narcotics traffickers.  I have become familiar with the efforts of individuals engaged in the importation, smuggling, manufacturing, distribution, and sale of firearms and narcotics to avoid detection and apprehension by law enforcement officers.

## II. **PURPOSE OF AFFIDAVIT**

3.    This affidavit is made in support of a criminal complaint against, and arrest warrant for, JOSE LUIS GONZALES for a violation of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm and Ammunition).

4.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

## III. **SUMMARY OF PROBABLE CAUSE**

5.    On or about July 20th, 2025, Los Angeles Police Department ("LAPD") officers arrested GONZALES, a convicted felon, during a traffic stop. During the traffic stop, the officers located and seized a serialized, 9mm, semi-automatic handgun loaded with 9mm ammunition from GONZALES's vehicle. The firearm and ammunition were discovered to be manufactured outside the state of California.

## IV. **STATEMENT OF PROBABLE CAUSE**

6.    Based on my review of law enforcement reports, conversations with other law enforcement officers, and my own knowledge of the investigation, I am aware of the following:

**A.     LAPD Officers Conduct a Traffic Stop for an Infraction.**

7.     On or about July 20th, 2025, at approximately 11:00 p.m., LAPD patrol officers were on duty in their marked black and white vehicle in the area of Paxton Street and Glenoaks Boulevard in the city and county of Los Angeles.

8.     Officers observed a white Nissan Altima parked in the area of Paxton Street and Glenoaks Boulevard, with the engine running and playing extremely loud music, in violation of California Vehicle Code § 27007: operation of a sound amplification system which can be heard outside the vehicle from 50 or more feet away while the vehicle is being operated upon a highway.

9.     The officers observed that the Nissan Altima had dark tint on the front side windows, in violation of California Vehicle Code § 26708(a)(1): operation of a motor vehicle with any object or material placed, displayed, installed, affixed, or applied upon the windshield or side or rear windows.

10.    The officers pulled up behind the Nissan Altima and activated the patrol vehicle's siren and lights, causing the driver, who was later determined to be GONZALES, to quickly exit the vehicle.  Officers informed GONZALES of the reason for the stop.

11.    While speaking with GONZALES, officers smelled a strong odor emanating from the vehicle that they immediately recognized as marijuana.  Officers simultaneously observed in plain view an unsealed, clear plastic bag containing what

appeared to be marijuana on the floorboard of the vehicle, in violation of California Health and Safety Code § 11362.3(a)(4): possession of an open container or open package of cannabis or cannabis products while driving, operating, or riding in the passenger seat or compartment of a motor vehicle.

12. The officers then ordered the individual seated in the front passenger seat of the vehicle to exit and step away from the vehicle so that officers could conduct a probable cause search of the vehicle to verify if there was further evidence of the Health and Safety Code violation.

**B.    Officers Search GONZALES's Vehicle and Locate a Firearm.**

13. During the search of the Nissan Altima, the officers observed a closed front center console. Inside, the officers located an unsecured firearm, specifically, a Springfield Armory, Hellcat, 9mm, semi-automatic handgun, bearing serial number BA222573, with a loaded magazine. Upon further inspection, the officers discovered that the magazine was loaded with ten rounds of Winchester 9mm caliber ammunition.

14. Officers then detained the passenger of the vehicle after discovering the firearm. Upon seeing officers detain the passenger, GONZALES spontaneously stated, "Whatever is in the car is mine."

15. Officers read GONZALES his Miranda rights, to which GONZALES waived his right to remain silent. While Mirandized, GONZALES stated that the firearm was his and that he carried it for protection.

**C.    GONZALES's Criminal History**

16.   I have reviewed GONZALES's criminal history records and learned that he has previously been convicted of the following felony crimes punishable by a term of imprisonment exceeding one year:

a.   On or about August 11, 2005, GONZALES was convicted of Assault with a Deadly Weapon, in violation of California Penal Code § 245(a)(1), in the Superior Court of the State of California, County of Los Angeles, case number LA04765104.

b.   On or about January 31, 2006, GONZALES was convicted of Receiving Stolen Property, in violation of California Penal Code § 496(a), in the Superior Court of the State of California, County of Los Angeles, case number PA053293.

c.   On or about January 20, 2006, GONZALES was convicted of Driving a Vehicle without the Owner's Consent, in violation of California Vehicle Code § 10851, in the Superior Court of the State of California, County of Los Angeles, case number LA050459.

d.   On or about July 28, 2014, GONZALES was convicted of being a Felon in Possession of a Firearm, in violation of California Penal Code § 29800(a)(1), in the Superior Court of the State of California, County of Los Angeles, case number LA077915.

e.   On or about July 28, 2014, GONZALES was convicted of Resisting or Obstructing an Executive Officer, in violation

of California Penal Code § 69(a), in the Superior Court of the State of California, County of Los Angeles, case number MA063373.

f.    On or about July 28, 2014, GONZALES was convicted of making Criminal Threats, in violation of California Penal Code § 422(a), in the Superior Court of the State of California, County of Los Angeles, case number MA063373.

g.    On or about January 18, 2017, GONZALES was convicted of Assault with a Deadly Weapon, in violation of California Penal Code § 245(a)(1), in the Superior Court of the State of California, County of Los Angeles, case number MA069266.

**D.    Interstate Nexus**

17.    On or about August 12, 2025, ATF Interstate Nexus Expert Special Agent Alexander Liwienski examined information provided to him regarding the ammunition and firearms seized from GONZALES. SA Liwienski confirmed that the ammunition and firearms were manufactured outside of the State of California. Because the ammunition was found in California, they had to have traveled in and affected interstate commerce.

//

//

## V.  CONCLUSION

18.  For all the reasons described above, there is probable cause to believe that GONZALES violated 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm and Ammunition).


                                    /s/
                                    _____
                                    CALVIN J. HILL, TFO
                                    ATF / LAPD


Subscribed to and sworn before me
this  28th  day of August, 2025.


_____
HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE